RECORD OF GRAND JURY BALLOT

C/R 6:24-cr-00297

UNITED STATES OF AMERICA v. DEXTER WARDELL LOVETT, JR., a/k/a "Guap", ET AL.

(SEALED UNTIL FURTHER ORDER OF THE COURT)

