IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Cr. No. 6:24-cr-297-DCC-6 |
| | ) | |
| | ) | |
| -vs- | ) | Sentencing Memorandum and Motion for Downward Variance |
| | ) | |
| DOUGLAS BASHONE MOORE, JR | ) | |

Douglas Bashone Moore, Jr., by and through his undersigned counsel, submits this sentencing memorandum and motion for a variance pursuant to *United States v. Booker*, 543 U.S. 220 (2005) and 18 U.S.C. § 3553(a). For the reasons set forth in this memorandum, Mr. Moore respectfully requests that the Court impose a below guidelines sentence. Such a sentence is "sufficient but not greater than necessary, to comply with the purposes set forth in paragraph (2) of" 18 U.S.C. § 3553(a). While the sentencing guidelines suggest a higher sentence, a below guidelines sentence is appropriate considering the offense conduct, Mr. Moore's history and characteristics.

**STATUTORY CONSIDERATIONS – 18 U.S.C. § 3553(a)**

Pursuant to 18 U.S.C. § 3553(a), a "court shall impose a sentence sufficient but not greater than necessary, to comply with the purposes set forth in paragraph (2) of this subsection." The purposes set forth in paragraph (2) include:

The need for the sentence imposed—

(A) to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense;
(B) to afford adequate deterrence to criminal conduct;

> (C) to protect the public from further crimes of the defendant; and
>
> (D) to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner.

18 U.S.C. § 3553(a)(2).

In tailoring a sentence to comply with these purposes and in addition to consideration of those purposes, § 3553(a) states that a court:

> [S]hall consider—
>
> (1) the nature and circumstances of the offense and the history and characteristics of the defendant;
> (2) (set forth above)
> (3) the kinds of sentences available;
> (4) the kinds of sentence and sentencing range established [under the guidelines];
> (5) any pertinent policy statement [issued by the Sentencing Commission];
> (6) the need to avoid unwarranted sentence disparities among defendants with similar records who have been found guilty of similar conduct; and
> (7) the need to provide restitution to any victims of the offense.

18 U.S.C. § 3553(a). These considerations are addressed below.

Mr. Moore is 25 years old. PSR ¶ 52. He was born in Spartanburg, South Carolina, to Tanya Moss and Douglas Moore, Sr. *Id*. He lived with his mother and maternal great-grandmother in Spartanburg during his childhood. *Id.* He never established a meaningful relationship with his father, but his maternal grandfather and uncles served as role models while he was growing up. *Id.* Moore had an overall good childhood and describes his family as being close. *Id.*

Mr. Moore has been in a relationship with Miyonna Brannon for approximately four years. PSR ¶ 53. He has two children, Kaisen, who lives with his mother in Greer, and Jamaya, who lives

with her mother in Greenwood. *Id*. He has good relationships with his children and voluntarily provides financial support when he is able. *Id.* Mr. Moore graduated from Spartanburg High School in May 2017. PSR ¶ 60. Except for a possession of marijuana charge from 2021, he has no criminal arrests or convictions. PSR ¶¶ 34-37.

Mr. Moore is asking that the Court follows the stipulation of the parties in his plea agreement. With that stipulation, he would have an advisory sentencing guidelines range of 18 to 24 months. PSR ¶ 71. He also asks that, in light of his history and characteristics and his role in the instant offense, the Court vary downwards to a non-incarcerative sentence.

## CONCLUSION

For the reasons set forth in this memorandum and to be set forth at the sentencing hearing, Mr. Moore respectfully requests that the court vary downward in imposing a sentence.

Respectfully submitted,

*s/Lora Blanchard*

Lora Collins Blanchard
Assistant Federal Public Defender
75 Beattie Place, Suite 950
Greenville, South Carolina 29601
(864) 235-8714

Greenville, South Carolina
March 19, 2025